Cortlin H. Lannin (SBN 266488)
Raymond G. Lu (SBN 324709)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  clannin@cov.com
Email:  rlu@cov.com

Megan L. Rodgers (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: mrodgers@cov.com

*Attorneys for Defendant Philips North America LLC*

[Other parties on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TULIISA MILLER, ADRIANNA CORTEZ, and BRIAN MAGADAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:24-cv-03781-TSH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Defendant Philips North America LLC ("Philips") and Plaintiffs Tuliisa Miller, Adrianna Cortez, and Brian Magadan (collectively, "Plaintiffs") hereby submit this Joint Stipulation for Extension of Time to Answer or Otherwise Respond to the Complaint. In support of this Stipulation, the undersigned parties state as follows:

1. On June 25, 2024, Plaintiffs filed the above-captioned action in this Court.

2. On July 2, 2024, Plaintiffs served Philips with the Complaint.

3. Pursuant to Fed. R. Civ. P. 12, Philips' current deadline to respond to the Complaint is July 23, 2024.

4. Pursuant to L.R. 6-1(a), the undersigned parties stipulate to extend the time for Philips to respond to the Complaint until August 12, 2024.

5. Consistent with Civil Local Rule 6-1(a), this Joint Stipulation will not alter the date of any event or any deadline already fixed by Court order.

WHEREFORE, the parties stipulate that Philips shall have until August 12, 2024 to respond to the Complaint.

DATED: July 23, 2024                          Respectfully submitted,

By:   */s/ Cortlin H. Lannin*
      Cortlin H. Lannin (SBN 266488)
      Raymond G. Lu (SBN 324709)
      COVINGTON & BURLING LLP
      Salesforce Tower
      415 Mission Street, Suite 5400
      San Francisco, California 94105-2533
      Telephone: + 1 (415) 591-6000
      Facsimile: + 1 (415) 591-6091
      Email: clannin@cov.com
      Email: rlu@cov.com

      Megan L. Rodgers (SBN 310344)
      COVINGTON & BURLING LLP
      3000 El Camino Real
      5 Palo Alto Square, 10th Floor
      Palo Alto, CA  94306
      Telephone: + 1 (650) 632-4700
      Facsimile: + 1 (650) 632-4800

Email: mrodgers@cov.com

*Attorneys for Defendant Philips North America LLC*

DATED: July 23, 2024

Respectfully submitted,

By:   /s/ Alan Gudino
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Kelsey J. Elling (SBN 337915)
kelling@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs Tuliisa Miller, Adrianna Cortez, and Brian Magadan*

## **ATTESTATION**

I, Cortlin H. Lannin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that all signatories have concurred in the filing of this document.

Dated: July 23, 2024                                By: */s/  Cortlin H. Lannin*
                                                                            Cortlin H. Lannin