Cortlin H. Lannin (SBN 266488)
Raymond G. Lu (SBN 324709)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: clannin@cov.com
Email: rlu@cov.com

Megan L. Rodgers (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: mrodgers@cov.com

*Attorneys for Defendant Philips North America LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TULIISA MILLER, ADRIANNA CORTEZ, and BRIAN MAGADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>Defendant. | Civil Case No.: 3:24-cv-03781-RFL<br><br>**DECLARATION OF CORTLIN H. LANNIN IN SUPPORT OF DEFENDANT PHILIPS NORTH AMERICA LLC'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 5, 2024<br>Time: 10:00 a.m.<br>Location: Courtroom 15<br>Judge: Hon. Rita F. Lin |

I, Cortlin H. Lannin, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at the law firm of Covington & Burling LLP and counsel of record for Defendant Philips North America LLC ("Philips") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the press release cited in paragraph 22, footnote 13 of the Complaint, News Release, AM. CHEM. SOC'Y, *Infants Have More Microplastics in Their Feces Than Adults, Study Finds* (Sept. 22, 2021), https://www.acs.org/pressroom/newsreleases/2021/september/infants-have-more-microplastics-in-their-feces-than-adults-study-finds.html (last accessed August 29, 2024).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the academic article that is the subject of the press release cited in paragraph 22, footnote 13 of the Complaint, Junjie Zhang et al., *Occurrence of Polyethylene Terephthalate and Polycarbonate Microplastics in Infant and Adult Feces*, 8 ENVIRON. SCI. TECHNOL. LETT., 989, 990 (2021), https://doi.org/10.1021/acs.estlett.1c00559.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the academic article cited in paragraph 26, footnote 19 of the Complaint, Guanyu Zhou et al., *How Many Microplastics Do We Ingest When Using Disposable Drink Cups?*, 441 J. HAZARDOUS MATERIALS (Jan. 2023), https://doi.org/10.1016/j.jhazmat.2022.129982.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the academic article cited in paragraph 20, footnote 9 of the Complaint, Liping Liu et al., *Release of Microplastics from Breastmilk Storage Bags and Assessment of Intake by Infants: A Preliminary Study*, 323 ENV'T POLLUTION (Apr. 2023), https://doi.org/10.1016/j.envpol.2023.121197.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the academic article cited in paragraph 25, footnote 18 of the Complaint, *Dunzhu Li et al., Microplastic Release from the Degradation of Polypropylene Feeding Bottles During Infant Formula Preparation*, 1 NATURE FOOD 746 (Nov. 2020), https://doi.org/10.1038/s43016-020-00171-y.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a webpage titled "*What are the Philips Avent bottles and parts made of?*" as it appeared on Philips' website as of the date that this action was filed, https://www.usa.philips.com/c-f/XC000001768/what-are-the-philips-avent-bottles-and-parts-made-of.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a webpage titled "*What material are Philips Avent cups made of?*" as it appeared on Philips' website as of the date that this action was filed, https://www.usa.philips.com/c-f/XC000003271/what-material-are-philips-avent-cups-made-of.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of a webpage regarding microplastics and nanoplastics published by the Food and Drug Administration, *Microplastics and Nanoplastics in Foods*, FDA (July 24, 2024), https://www.fda.gov/food/environmental-contaminants-food/microplastics-and-nanoplastics-foods (last accessed August 29, 2024).

10. Attached hereto as **Exhibit 9** is a true and correct copy of an article published online by National Public Radio, Maria Godoy, *Study: Plastic Baby Bottles Shed Microplastics When Heated. Should You Be Worried?*, NATIONAL PUBLIC RADIO (Oct. 19, 2020), https://www.npr.org/sections/goatsandsoda/2020/10/19/925525183/study-plastic-baby-bottles-shed-microplastics-when-heated-should-you-be-worried (last accessed Aug. 29, 2024)

11. Attached hereto as **Exhibit 10** is a true and correct copy of an article published online by The Guardian, Damian Carrington, *Bottle-Fed Babies Swallow Millions of Microplastics a Day, Study Finds*, THE GUARDIAN (October 19, 2020), https://www.theguardian.com/environment/2020/oct/19/bottle-fed-babies-swallow-millions-microplastics-day-study (last accessed August 29, 2024).

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article published online by TODAY, A. Pawlowski, *Baby Bottles Can Shed Millions of Microplastic Particles: What Parents Need to Know*, TODAY (Nov. 3, 2020), https://www.today.com/health/microplastics-drinking-water-baby-formula-plastic-baby-bottles-shed-particles-t197037 (last accessed August 29, 2024).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2024.

>*/s/ Cortlin H. Lannin*
> Cortlin H. Lannin

DECLARATION OF CORTLIN H. LANNIN IN SUPPORT OF
DEFENDANT PHILIPS NORTH AMERICA LLC'S REQUEST FOR JUDICIAL NOTICE
Case No.: 3:24-cv-03781-RFL