Cortlin H. Lannin (SBN 266488)
Raymond G. Lu (SBN 324709)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  clannin@cov.com
Email:  rlu@cov.com

Megan L. Rodgers (SBN 310344)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA  94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: mrodgers@cov.com

*Attorneys for Defendant Philips North America LLC*

[Other parties on signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TULIISA MILLER, ADRIANNA CORTEZ, and BRIAN MAGADAN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>                              Defendant. | Case No. 3:24-cv-03781-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS & RESET CASE MANAGEMENT CONFERENCE**<br><br>The Hon. Rita F. Lin |

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS & RESET CASE MANAGEMENT CONFERENCE

Case No. 3:24-cv-03781-RFL

<3>

<4>

Pursuant to Civil Local Rules 6-1, 6-2, 7-12, and this Court's Civil Standing Order, Defendant Philips North America LLC ("Philips") and Plaintiffs Tulisa Miller, Adrianna Cortez, and Brian Magadan (collectively, "Plaintiffs") respectfully submit this Joint Stipulation to set a briefing schedule on Defendant's motion to dismiss Plaintiffs' complaint and reset the date of the Case Management Conference. In support of this Stipulation, the undersigned parties state as follows:

WHEREAS, on June 25, 2024, Plaintiffs filed the above-captioned action in this Court.

WHEREAS, on July 2, 2024, Plaintiffs served Philips with the Complaint.

WHEREAS, on July 23, 2024, the undersigned parties stipulated to extend the deadline for Philips to respond to the Complaint until August 12, 2024. *See* ECF No. 13.

WHEREAS, on August 5, 2024, the undersigned parties stipulated to further extend the time for Philips to respond to the Complaint until September 3, 2024. *See* ECF No. 21.

WHEREAS, on September 3, 2024, Philips moved to dismiss Plaintiffs' entire complaint and noticed it for a hearing on November 5, 2024. ECF No. 23.

WHEREAS, Plaintiffs intend to either oppose Philips' motion to dismiss or to file an amended complaint.

WHEREAS, pursuant to Civil Rule 7-12, the parties have conferred and agreed that given the complexity of the issues raised in Philips' motion to dismiss, the parties would benefit from more time either to fully brief Defendant's motion and prepare for hearing on the motion, or to allow Plaintiffs to amend the complaint.

WHEREAS, the initial Case Management Conference in this case is currently scheduled for September 25, 2024.

WHEREAS, this Court's Civil Standing Order permits the parties to stipulate to move the initial Case Management Conference to 15 days after the hearing on Philips' motion to dismiss, which is dispositive of the entire case. In this instance, the Court is unavailable for a CMC on the dates that are 15 and 22 days after the noticed hearing date.

WHEREAS, the parties have not requested any extensions from this Court, nor has the Court stated that no further extensions will be granted.

THEREFORE, the parties, by and through their respective undersigned counsel, hereby stipulate and agree that:

1. Plaintiffs shall either file their opposition to Philips' motion to dismiss or an amended complaint on or before October 1, 2024.

2. Philips shall file its reply to Plaintiffs' opposition, if any, by October 15, 2024.

3. Philips' motion to dismiss has been noticed for a hearing on the first available hearing date that is two weeks or more after the reply is filed, which is November 5, 2024.

4. The initial Case Management Conference shall be reset for December 4, 2024, which is the first available date for a CMC that is 15 days or longer from the date of the hearing on the motion to dismiss.

5. If Plaintiffs choose to amend their complaint in response to Philips' motion to dismiss, Philips shall file its response within 30 days of the filing of the amended complaint, absent further agreement of the parties. If Philips chooses to file a motion to dismiss the amended complaint, the Parties will promptly submit a stipulation proposing a new briefing schedule for the motion to dismiss, as well as a new date for the initial Case Management Conference.

DATED: September 5, 2024                         Respectfully submitted,

By:   */s/ Cortlin H. Lannin*
      Cortlin H. Lannin (SBN 266488)
      Raymond G. Lu (SBN 324709)
      COVINGTON & BURLING LLP
      Salesforce Tower
      415 Mission Street, Suite 5400
      San Francisco, California 94105-2533
      Telephone: + 1 (415) 591-6000
      Facsimile: + 1 (415) 591-6091
      Email:  clannin@cov.com
      Email:  rlu@cov.com

      Megan L. Rodgers (SBN 310344)
      COVINGTON & BURLING LLP
      3000 El Camino Real
      5 Palo Alto Square, 10th Floor
      Palo Alto, CA  94306

Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: mrodgers@cov.com

*Attorneys for Defendant Philips North America LLC*

DATED: September 5, 2024

Respectfully submitted,

By:   */s/ Alan Gudino*
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com
CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs Tuliisa Miller, Adrianna Cortez, and Brian Magadan*

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS & RESET CASE MANAGEMENT CONFERENCE

4

Case No. 3:24-cv-03781-RFL

## ATTESTATION

I, Cortlin H. Lannin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that all signatories have concurred in the filing of this document.

Dated: September 5, 2024                                  By: */s/ Cortlin H. Lannin*
                                                                              Cortlin H. Lannin

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS & RESET CASE MANAGEMENT CONFERENCE

5

Case No. 3:24-cv-03781-RFL

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Plaintiffs shall either file their opposition to Philips' motion to dismiss or an amended complaint on or before October 1, 2024.

2. Philips shall file its reply to Plaintiffs' opposition, if any, by October 15, 2024.

3. ~~The initial Case Management Conference shall be reset for December 4, 2024, which is the first available date for a CMC that is 15 days or longer from the date of the hearing on the motion to dismiss.~~ The Case Management Conference shall be vacated, and the date will be reset at the hearing on the motion to dismiss.

4. If Plaintiffs choose to amend their complaint in response to Philips' motion to dismiss, Philips shall file its response within 30 days of the filing of the amended complaint, absent further agreement of the parties. If Philips chooses to file a motion to dismiss the amended complaint, the Parties will promptly submit a stipulation proposing a new briefing schedule for the motion to dismiss, as well as a new date for the initial Case Management Conference.

DATED: September 5, 2024

_____
HON. RITA F. LIN
United States District Judge