**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Bahar Sodaify (SBN 289730)
*bsodaify@clarksonlawfirm.com*
Alan Gudino (SBN 326738)
*agudino@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**COVINGTON & BURLING LLP**
Cortlin H. Lannin (SBN 266488)
Raymond G. Lu (SBN 324709)
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: *clannin@cov.com*
Email: *rlu@cov.com*

Megan L. Rodgers (SBN 310344)
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: *mrodgers@cov.com*

*Attorneys for Defendant Philips North America LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIISA MILLER, ADRIANNA CORTEZ, and BRIAN MAGADAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIPS NORTH AMERICA LLC,<br><br>Defendant. | Case No. 3:24-cv-03781-RFL<br>Complaint Filed: June 25, 2024<br>FAC Filed: October 1, 2024<br>SAC Filed: March 13, 2025<br><br>*Assigned to Hon. Rita F. Lin*<br><br>**STIPULATION RE DISMISSAL OF THE ACTION** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tuliisa Miller, Adrianna Cortez, and Brian Magadan ("Plaintiffs") and Defendant Philips North America LLC ("Defendant"), through their respective counsel, hereby stipulate to dismiss the above-entitled action with prejudice as to the named Plaintiffs and without prejudice as to the putative class. There are no other parties who have appeared in this action.

**IT IS SO STIPULATED.**

DATED:  May 27, 2025                                **CLARKSON LAW FIRM, P.C.**

  */s/ Bahar Sodaify*
        Ryan J. Clarkson
        Bahar Sodaify
        Alan Gudino

  *Attorneys for Plaintiffs*

DATED: May 27, 2025                                 **COVINGTON & BURLING LLP**

  */s/ Cortlin H. Lannin*
        Cortlin H. Lannin
        Raymond G. Lu
        Megan L. Rodgers

  *Attorneys for Defendant*

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: May 27, 2025                                 **CLARKSON LAW FIRM, P.C.**

  By: */s/ Bahar Sodaify*
        Bahar Sodaify